U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED

MAY 25 2016

TONY R. MOORE, CLERK
BY: _____ MB
        DEPUTY

Form to be used by a prisoner filing a civil rights complaint under
THE CIVIL RIGHTS ACT, 42 U.S.C. & 1983

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA

Paul E. Campbell  636087
**Full name of Plaintiff, Prisoner Number**

C. A. Fredricks

S. Downs

_____
**Full Name of Defendant(s)**

Civil Action No. 16-CV-0747

## COMPLAINT

### I. Previous Lawsuits

A. Have you begun any other lawsuits while incarcerated or detained in any facility?
Yes_____    No  X

B. If your answer to the preceding question is yes, provide the following information

1. State the court(s) where each lawsuit was filed (in federal, identify the District; if the state court, identify the county or parish ):

   _____

   _____

2. Name the parties to the previous lawsuit(s):

   Plaintiffs: _____

   Defendants: _____

3. Docket number(s): _____

4. Date(s) on which each lawsuit was filed: _____

5. Disposition and date thereof [For example, was the case dismissed and when? Was it appealed and by whom (plaintiff or defendant)? Is the case still pending?]:

   _____

1.

C. Have you filed any lawsuit or appeal in any federal district court or appeals court which has, been dismissed?

Yes_____   No __X__

If your answer to the preceding question is yes, state the court(s) which dismissed the case, the civil action number(s), and the reason for dismissal (e.g., frivolity, malice, failure to state a claim, defendants immune from relief sought, etc.).

_____

_____

II. A. Name of institution and address of the current place of confinement:

_LaSalle Correctional Center 15976 Hwy 165 Olla, LA 71465_

B. Is there a prison grievance procedure in this institution?
Yes __X__   No_____

1. Did you file an administrative grievance based upon the same facts which form the basis of this lawsuit?
Yes_____   No __X__
If Yes, what is the Administrative Remedy Procedure number? _____

2. If you did not file an administrative grievance, explain why you have not done so.

_I have not been able to get one from them. They don't respond to all inmate request._

3. If you filed an administrative grievance, answer the following question.
What specific steps of the prison procedure did you take and what was the result? (For example, for state prisoners in the custody of the Department of Public Safety and Corrections: did you appeal any adverse decision through to Step 3 of the Department of Public Safety and Corrections? For federal prisoners: did you appeal any adverse decision from the warden to the Regional Director for the Federal Bureau of Prisons, or did you make a claim under the Federal Tort Claims Act?)

_____

_____

Attach a copy of each prison response and/or decision rendered in the administrative proceeding.

III. **Parties to Current Lawsuit:**

A. Name of Plaintiff Paul E. Campbell

   Address 15976 Hwy 165 Olla, LA 71465-4801

B. Defendant, C. A. Fredricks, is employed as Warden at LaSalle Correctional.

   Defendant, S. Downs, is employed as Correctional officer at LaSalle Correctional.

   Defendant, Gwen Warren, is employed as head nurse at LaSalle Correctional.

   Additional defendants _____

IV.  **Statement of Claim**

State the **Facts** of your case. Specifically describe the involvement and actions of each named defendant. Include the names of all persons involved in the incident(s) or condition(s) giving rise to this lawsuit, and the dates upon which and the places where the incident(s) and/or conditions(s) occurred. **YOU ARE REQUIRED TO SET FORTH ONLY FACTUAL ALLEGATIONS. YOU ARE NOT REQUIRED TO SET FORTH LEGAL THEORIES OR ARGUMENTS.**

On March 22, 2016, I was taken to Conroy Hospital in Monroe, LA for back pain which caused paralizis from waiste down. The transportation workers were S. Downs and Aaron Boyat. Off. Downs tried to take me out of the van and dropped me on my left leg with him going down on me. The doctor noted the injury to my foot. I was brought to LSU-Shreveport for back surgery and the doctor ordered a minimum two weeks of

physical therapy which I didn't receive one day of it. The nurse Ms. Given and the warden C.A. Fredricks is at fault for this.

## V. Relief

State exactly what you want the court to provide to you or do for you. Make no legal arguments. Cite no cases or statutes.

5 million dollars and more if there is permanent damage and/or less money and early release from prison so I can take care of myself.

## VI. Plaintiff's Declaration

**A. I declare under penalty of perjury that all of the facts represented in this complaint and any attachments hereto is true and correct.**

B. I understand that is I am transferred or released, I must apprise the Court of my address, and my failure to do so may result in this complaint being dismissed.

C. I understand that I may not proceed without prepayment of costs if I have filed three lawsuits and/or appeals that were dismissed on the grounds that the action and/or appeal was frivolous or malicious, or failed to state a claim upon which relief may be granted, unless I am in imminent danger of serious physical injury.

**Signed this** 9th **day of** May, 2016.

636087

**Prisoner No. (Louisiana Department of Corrections or Federal Bureau of Prisons)**

Paul E. Campbell

**Signature of Plaintiff**

4.