U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED

JAN - 9 2017

TONY R. MOORE, CLERK
BY: _____
     DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | |
|---|---|
| PAUL E. CAMPBELL<br>Plaintiff | CIVIL ACTION NO. 1:16-CV-747-P |
| VERSUS | JUDGE JAMES T. TRIMBLE, JR. |
| C.A. FREDRICKS, ET AL.,<br>Defendants | MAGISTRATE JUDGE PEREZ-MONTES |

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein (Doc. 14), and after an independent review of the record, including the objection filed by Plaintiff (Doc. 15), having determined that the findings and recommendation are correct under the applicable law;

**IT IS ORDERED** that Plaintiff's complaint is hereby **DENIED AND DISMISSED** with prejudice pursuant to 28 U.S.C. §§ 1915(e)(2)(B) and 1915A.

The Clerk of Court is instructed to send a copy of this Judgment to the keeper of the three strikes list in Tyler, Texas.

**THUS DONE AND SIGNED**, at Alexandria, Louisiana, on this 9th day of January, 2017.

_____
JAMES T. TRIMBLE, JR.
UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA